1  Alan Freisleben (State Bar No. 82008)
   Kyle Kubisch (State Bar No. 203981)
2  Charlene Chen (State Bar No. 245897)
   CHOW & FREISLEBEN
3  4675 MacArthur Court, Suite 220
   Newport Beach, CA 92660-8866
4  Telephone: 949-622-8822
   Facsimile: 949-622-8833
5
   Attorneys for Defendant
6  FEDERAL INSURANCE COMPANY, corporation
7
8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
11

| WILLIAM L. McGRANN, | CASE NO. SACV-07-685 AG (RNBx |
|---|---|
| Plaintiffs, | ~~PROPOSED ORDER GRANTING SUMMARY~~ JUDGMENT |
| v. | [Filed concurrently with Memorandum of Points and Authorities In Support Thereof; Statement of Uncontroverted Facts and Conclusions of Law; Declarations of Kyle Kubisch, Donna Herron, Lisa D'Souza, and Jay Hamilton] |
| FEDERAL INSURANCE COMPANY, a member of Chubb Group of Insurance Companies; DOES 1 to 10, | |
| Defendants. | |
| | Date:       October 20, 2008<br>Time:       10:00 a.m.<br>Courtroom: 10D |
| | Discovery cut-off date:  Oct. 20, 2008<br>Pre-trial conf. date:    January 5, 2009<br>Trial date:              January 20, 2009 |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

---

PROPOSED ORDER ON MOTION FOR SUMMARY JUDGMENT

61304_1.DOC1

1  GOOD CAUSE HAVING BEEN SHOWN:

2  The motion of Defendant FEDERAL INSURANCE COMPANY for summary
3  judgment came on regularly for hearing and after considering the moving and
4  opposition papers, arguments of counsel and all other matters presented to the Court,
5  ~~IT IS HEREBY ORDERED THAT~~ The motion was GRANTED.

6  IT IS ORDERED AND ADJUDGED that plaintiff take nothing, that the
7  action be dismissed on the merits and that defendant Federal Insurance Company
8  recover its costs.

9
10  DATED: DECEMBER 10, 2008    _____
11                                                         Hon. Andrew J. Guilford
                                                                United States District Judge